UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SATF/CORCORAN LIBRARY,<br><br>    Defendant(s).<br>_____/ | 1:05-cv-01595-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 4)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Plaintiff, Kenneth Lee Martinez ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 21, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed December 21, 2005, are ADOPTED IN FULL; and,

2.  This action is DISMISSED in its entirety for plaintiff's failure to exhaust administrative remedies and failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

**Dated:  February 3, 2006**              /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE

2